IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TROY ADAM SHADE,** : | CIVIL ACTION NO. 3:19-CV-733 |
| : | |
| **Plaintiff** : | (Judge Conner) |
| : | |
| v. : | |
| : | |
| **STANLEY STANISH, DONALD J.** : | |
| **O'BRIEN, PAM SMITH, LAURA** : | |
| **BANTA, BERNADETTE MASON,** : | |
| **JOSEPH SILVA, PAUL NOEL,** : | |
| **KIMBERLEE DRUM, DIANE** : | |
| **KASHMERE, MICHAEL** : | |
| **WENERWICZ, JOHN E. WETZEL,** : | |
| : | |
| **Defendants** : | |

**ORDER**

AND NOW, this 24th day of November, 2021, upon consideration of plaintiff's motion (Doc. 1) for a preliminary injunction, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. The motion (Doc. 1) is DENIED.

2. On or before **December 10, 2021**, plaintiff shall show cause why this action should not be dismissed for failure to file a complaint. See FED. R. CIV. P. 3, 8(a). Plaintiff's failure to timely file a response to this Order will result in dismissal of this action without further notice of court.

3. In light of paragraph 2, defendants' motion (Doc. 26) for summary judgment is DISMISSED without prejudice as premature.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania